AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
January 29, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Breanna Coldewey
DEPUTY

| TERI JAN COSCARELLI | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA:19-CV-01219-XR |
| ANDREW M. SAUL | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The recommendation of the Magistrate Judge to affirm is accepted, and the Commissioners decision to deny benefits is AFFIRMED. The Clerk is directed to enter Judgment pursuant to Rule 58 and to close this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Xavier Rodriguez

Date: 01/29/2021

CLERK OF COURT  JEANNETTE J. CLACK

*Signature of Clerk or Deputy Clerk*